IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD DAVID CRUISE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 1:18-cv-294-TM-N |
| MEDICAL CLINIC OF MOBILE JAIL, | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Order entered this date adopting the recommendations of the Magistrate Judge, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this 30th day of November, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE